UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-00243 |
| ALICE C. CHABAUD | SECTION: T (5) |

### ORDER AND REASONS

Before the Court is Defendant Alice Chabaud's Motion to Quash Writs of Garnishment. R. Doc. 77. The United States of America has filed a response in opposition. R. Doc. 79. Ms. Chabaud has filed a reply to the Government's response, as well as a supplemental memorandum. R. Docs. 80 and 81.

The Court has reviewed the applicable law and the memoranda from the parties, as well as the recent decision from another section of this Court. *See United States v. Watson*, Crim. Action No. 23-66 (E.D. La. Feb. 19, 2025). Applying the reasoning of the latter case, the Court notes that payment of restitution was a priority of this Court when it ordered restitution subject to an installment plan. *See* R. Doc. 69. As observed by the Court in *Watson*, the Court nevertheless "retains the ability to adjust the payment schedule or enforce immediate payment in full as the interests of justice require." *Watson*, p. 5 (citing 18 U.S.C. § 3664(k)). At this juncture, there has been no request to modify the Court's judgment, nor has there been a showing that Defendant's finances have changed such that an adjustment to the installment plan or immediate payment in

1

full is required to further the interests of justice. Defendant appears to be in compliance with the orders of this Court at this time. While the Court will grant Defendant's Motion to Quash, the Court will do so without prejudice to the Government seeking modification of the restitution order in the judgment, requesting immediate payment in full, or moving for the issuance of writs of garnishment as the circumstances warrant.

Accordingly,

**IT IS ORDERED** that the Motion to Quash the Writs of Garnishment is GRANTED and the Writs of Garnishment are hereby QUASHED, albeit without prejudice to the Government seeking modification of the restitution order in the judgment, requesting immediate payment in full, or moving for the issuance of writs of garnishment as the circumstances warrant.

New Orleans, Louisiana, this 15th day of October 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

2